**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

STEPHEN MATERA,

       Plaintiff,

-against-

NIAGARA TOURISM AND CONVENTION
CORPORATION; MERANI HOTEL GROUP INC.;
DELAWARE NORTH COMPANIES, INC.;
DELAWARE NORTH COMPANIES PARKS &
RESORTS, INC.; JUPITER LEGEND
CORPORATION, and DOES 1-100,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

No. 1:26-cv-00641-LJV

ECF Case

**DEFENDANT MERANI HOTEL
GROUP, INC.'S ANSWER TO
AMENDED COMPLAINT**

Defendant Merani Hotel Group, Inc. ("Merani"), as its Answer to the Amended

Complaint (the "Complaint") filed by Plaintiff Stephen Matera ("Plaintiff") (ECF No. 9),

answers and alleges as follows:

**PRELIMINARY STATEMENT**

1.  Merani admits that this purports to be an action to recover damages for copyright

infringement under the United States Copyright Act of 1976, 17 U.S.C. § 101 et seq., but denies

that it committed any violation(s) of the Copyright Act or that Plaintiff is entitled to any such

relief.

2.  Merani denies that Plaintiff's permission was required for use of the photographs

at issue and denies that it infringed, assisted or induced infringement of any works by Plaintiff.

Merani lacks knowledge or information sufficient to form a belief as to the truth of the remaining

allegations in this Paragraph, and on that basis denies them.

3.     Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

4.     Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

## JURISDICTION AND VENUE

5.     This Paragraph asserts a legal conclusion to which no response is required.  To the extent a response may be required, Merani does not contest the subject matter jurisdiction of this Court.

6.     This Paragraph asserts a legal conclusion to which no response is required.  To the extent a response may be required, Merani does not contest the personal jurisdiction of this Court.

## VENUE

7.     This Paragraph asserts a legal conclusion to which no response is required.  To the extent a response may be required, Merani does not contest venue in this district.

8.     This Paragraph asserts a legal conclusion to which no response is required.  To the extent a response may be required, Merani does not contest venue in this district.

## THE PARTIES

9.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

10.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

11. Merani admits that Destination Niagara has an office at 10 Rainbow Boulevard in Niagara Falls.  Merani lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and on that basis denies them.

12. Merani admits that Destination Niagara promotes tourism to Niagara Falls and that Destination Niagara is funded in part by a bed tax generated from hotels in the county. Merani lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and on that basis denies them.

13. Merani admits that a representative of Merani Hotel Group sits on Destination Niagara's board of directors..  Merani denies that it infringed upon, contributed to, or induced infringement of Plaintiff's works.  Merani lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and on that basis denies them.

14. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

15. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

16. Admitted.

17. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

18. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

19. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

20.    Merani incorporates its responses to each allegation contained in the preceding paragraphs as if fully set forth herein.

21.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

22.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

23.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

24.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

25.    Merani admits that Plaintiff did not directly license his Photographs to Merani, but denies that such a license was required.  Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

26.    This Paragraph asserts a legal conclusion to which no response is required.  To the extent a response may be required, Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

27.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

28.    This Paragraph asserts a legal conclusion to which no response is required.  To the extent a response may be required, Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

29.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

30.     Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

31.     Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

32.     Merani admits that the Complaint contains thumbnails of 14 photographs and respectfully refers to those photographs for the contents thereof.  As to the remaining allegations in this Paragraph, Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

33.     To the extent the reference in this Paragraph to "downstream infringers" is intended to refer to Merani, Merani denies that its activities were infringing.  Merani admits that it obtained the subset of images used by it from the niagarausa.photoshelter.com site, using a link provided by Destination Niagara.   Merani lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and on that basis denies them.

34.     To the extent the reference in this Paragraph to infringement is intended to refer to Merani, Merani denies that its activities were infringing.  Merani lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and on that basis denies them.

35. Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

36. Merani admits that it uploaded, copied, and displayed four of the depicted photographs, and they were used to advertise and market their hotel and restaurant. Merani further admits that it owns and operates the bvniagara.com site. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegation that Plaintiff owns the photographs in question or that those are the correct file names, and on that basis denies them. Merani denies the remaining allegations in this Paragraph.

37. Merani denies the allegations in this Paragraph.

38. Merani denies the allegations in this Paragraph.

39. Merani denies the allegations in this Paragraph.

40. Merani denies the allegations in this Paragraph.

41. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

42. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

43. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

44. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

45. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

46.     To the extent the reference in this Paragraph to "downstream infringers" is intended to refer to Merani, Merani denies that its activities were infringing.  Merani otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and on that basis denies them.

47.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

48.     This Paragraph asserts a legal conclusion to which no response is required.  To the extent a response is required, Merani denies that Plaintiff may freely amend the Complaint.

49.      To the extent the reference in this Paragraph to "infringement," "downstream use" and "downstream infringers" is intended to refer to Merani, Merani denies that its activities were infringing.  Merani otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and on that basis denies them.

50.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

51.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

52.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

53.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

54.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

55.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

56.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

57.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

58.    Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

59.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

## FIRST CAUSE OF ACTION

### Direct Copyright Infringement Pursuant to 17 U.S.C. §§ 106 And 501

### (Against Destination Niagara and Does 1-100)

60.    Merani incorporates by reference each allegation contained in the preceding paragraphs as if fully set forth herein.

61.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

62.    Merani denies the allegations in this Paragraph concerning itself.  Merani further denies that Plaintiff may freely amend the Complaint.  Merani otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

63. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

64. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

65. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

66. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

67. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

68. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

69. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

70. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

71. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

72. Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

73. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

74. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

75. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

76. Merani denies the allegations in this paragraph.

77. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

78. Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

79. Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

80. Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

81. Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

## SECOND CAUSE OF ACTION

### (Copyright Infringement – Direct and Secondary)

### (Against Merani and Does 1-100)

82. Merani incorporates by reference each allegation contained in the preceding paragraphs as if fully set forth herein.

83.    Denied.

84.    Denied.

85.    Denied.

86.    Denied.

87.    Denied.

88.    Denied.

89.    Denied.

90.    Denied.

91.    Denied.

## THIRD CAUSE OF ACTION

### (Secondary Copyright Infringement)

### (Against Destination Niagara Meranis)

92.    Merani incorporates by reference each allegation contained in the preceding paragraphs as if fully set forth herein.

93.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

94.    Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

95.    Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

96.    Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

97.    Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

98.    Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

## FOURTH CAUSE OF ACTION

### (Copyright Management Information Violations - 17 U.S.C. §§ 1202 & 1203)

### (Against Destination Niagara Defendants)

99.    Merani incorporates by reference each allegation contained in the preceding paragraphs as if fully set forth herein.

100.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

101.    Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

102.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

103.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

104.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

## FIFITH CAUSE OF ACTION

### Direct And Secondary Copyright Infringement

### Pursuant to 17 U.S.C. §§ 106 And 501

### (Against Delaware North and Does 1-100)

105.     Merani incorporates by reference each allegation contained in the preceding paragraphs as if fully set forth herein.

106.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

107.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

108.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

109.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

110.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

111.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

112.     Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

113.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

114.    Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

115.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

116.    To the extent the reference in this Paragraph to "downstream users" is intended to refer to Merani, Merani denies that its activities were infringing.  Merani otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, and on that basis denies them.

117.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

118.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

119.    Merani denies the allegations in this Paragraph.

120.    Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

121.    Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

122. Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

123. Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

124. Merani denies the allegations in this Paragraph concerning itself, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

## SIXTH CAUSE OF ACTION

### Direct And Secondary Copyright Infringement

### Pursuant to 17 U.S.C. §§ 106 And 501

### (Against Jupiter Legend Corporation and Does 1-100)

125. Merani incorporates by reference each allegation contained in the preceding paragraphs as if fully set forth herein.

126. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

127. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

128. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

129. Merani lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies them.

## DEMAND FOR JURY TRIAL

1.      Merani hereby demands a trial of this action by jury.

## PRAYER FOR RELIEF

Merani denies that Plaintiff is entitled to any of the relief claimed in his prayer for relief..

## GENERAL DENIAL

Each numbered paragraph in this Answer responds to the identically numbered paragraph in the Complaint.  Merani denies all allegations, declarations, claims or assertions in the Complaint that are not specifically admitted in this Answer.

## DEFENSES

By alleging the separate and additional defenses set forth below, Merani is not in any way agreeing or conceding that it has the burden of proof or the burden of persuasion on any of these issues.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

On information and belief, Plaintiff's claims are barred in whole or in part to the extent any copyright registration asserted by Plaintiff as covering the Photographs is invalid, unenforceable, or otherwise does not cover the Photographs in suit.

## THIRD DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrine of fair use.

## FOURTH DEFENSE

Plaintiff's claims are barred in whole or in part by an express or implied license or consent.

### FIFTH DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands.

### SIXTH DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrines of estoppel or waiver.

### SEVENTH DEFENSE

To the extent the Court finds any infringement or other wrongful conduct by Merani, Merani is entitled to a reduction of damages based on its innocent intent.

### EIGHTH DEFENSE

To the extent statutory damages are available, any alleged infringement of Plaintiff's Photographs, was innocent, not willful.

### NINTH DEFENSE

Plaintiff's claim is barred, in whole or in part, because Plaintiff suffered no damages as a result of any conduct by Merani.

### TENTH DEFENSE

Plaintiff's losses, if any, are limited to actual damages.

### ELEVENTH DEFENSE

Plaintiff's request for injunctive relief is barred by the lack of any irreparable harm from the purported conduct by Merani.

**TWELFTH DEFENSE**

Plaintiff's request for injunctive relief is barred because Plaintiff has an adequate remedy at law.

**ADDITIONAL DEFENSES**

Merani hereby gives notice that, due to its incomplete knowledge as to the matters set forth in the Complaint, it is unable to determine whether it has additional defenses not expressly enumerated in the preceding paragraphs or elsewhere in this Answer. Merani thus reserves its rights to amend its Answer, to assert additional defenses and to rely upon those additional defenses to the extent they become available or apparent during discovery or further proceedings in this action.

**WHEREFORE**, Merani respectfully requests that:

a. Plaintiff's Complaint be dismissed in its entirety with prejudice and the Court enter an Order that Plaintiff shall recover nothing by this Action;

b. Merani be awarded its costs, including reasonable attorneys' fees; and

c. Such other relief as the Court deems just and proper.

Dated: July 22, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**

By:   */s/ Thomas B. Sullivan*
Thomas B. Sullivan
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6139
Fax: (212) 223-1942
sullivant@ballardspahr.com

*Counsel for Defendant Merani
Hotel Group, Inc.*