UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

STEPHEN MATERA,

Plaintiff,

-against-

NIAGARA TOURISM AND CONVENTION CORPORATION; MERANI HOTEL GROUP INC.; DELAWARE NORTH COMPANIES, INC.; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC.; JUPITER LEGEND CORPORATION, and DOES 1-100,

Defendants.

-----------------------------------------------------------------X

Case No.: 1:26-cv-00641

**DEFENDANT JUPITER LEGEND CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND CROSSCLAIMS**

Defendant Jupiter Legend Corporation ("Jupiter Defendant"), by and through its attorneys, Xue & Associates, P.C., hereby answers Plaintiff Stephen Matera's ("Plaintiff") First Amended Complaint as follows:

## AS TO PRELIMINARY STATEMENT

1. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "1" of the First Amended Complaint.

2. Jupiter Defendant denies the allegations contained in Paragraph "2" of the First Amended Complaint.

3. Jupiter Defendant denies the allegations contained in Paragraph "3" of the First Amended Complaint.

4. Jupiter Defendant denies the allegations contained in Paragraph "4" of the First Amended Complaint.

## AS TO JURISDICTION

5. Neither admit nor deny the allegations contained in Paragraph "5" of the First Amended Complaint and leave the legal issues to be determined by the Court.

6. Jupiter Defendant denies the allegations contained in Paragraph "6" of the First Amended Complaint.

## AS TO VENUE

7. Neither admit nor deny the allegations contained in Paragraph "7" of the First Amended Complaint and leave the legal issues to be determined by the Court.

8. Jupiter Defendant denies the allegations contained in Paragraph "8" of the First Amended Complaint.

## AS TO THE PARTIES

9. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "9" of the First Amended Complaint.

10. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "10" of the First Amended Complaint.

11. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "11" of the First Amended Complaint.

12. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "12" of the First Amended Complaint.

13. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "13" of the First Amended Complaint.

14. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "14" of the First Amended Complaint.

15. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "15" of the First Amended Complaint.

16. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "16" of the First Amended Complaint.

17. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "17" of the First Amended Complaint.

18. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "18" of the First Amended Complaint.

19. Jupiter Defendant denies the allegations contained in Paragraph "19" of the First Amended Complaint.

## AS TO ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

20. Answer Paragraph "20" of the First Amended Complaint by repeating and reiterating each and every response to the allegations set forth above as though fully set forth herein.

21. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "21" of the First Amended Complaint.

22. Jupiter Defendant denies the allegations contained in Paragraph "22" of the First Amended Complaint.

23. Jupiter Defendant denies the allegations contained in Paragraph "23" of the First Amended Complaint.

24. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "24" of the First Amended Complaint.

25. Jupiter Defendant denies the allegations contained in Paragraph "25" of the First Amended Complaint.

26. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "26" of the First Amended Complaint.

27. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "27" of the First Amended Complaint.

28. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "28" of the First Amended Complaint.

29. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "29" of the First Amended Complaint.

30. Jupiter Defendant denies the allegations contained in Paragraph "30" of the First Amended Complaint.

31. Jupiter Defendant denies the allegations contained in Paragraph "31" concerning itself, if any, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "31" of the First Amended Complaint.

32. Jupiter Defendant denies the allegations contained in Paragraph "32" concerning itself, if any, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "32" of the First Amended Complaint.

33. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "33" of the First Amended Complaint.

34. Jupiter Defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations contained in Paragraph "34" of the First Amended Complaint.

35. Jupiter Defendant denies the allegations contained in Paragraph "35" of the First Amended Complaint.

36. Jupiter Defendant denies the allegations contained in Paragraph "36" concerning itself, if any, and otherwise is without knowledge or information sufficient to form a belief as to the trust of the allegations contained in Paragraph "36" of the First Amended Complaint.

37. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "37" of the First Amended Complaint.

38. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "38" of the First Amended Complaint.

39. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "39" of the First Amended Complaint.

40. Jupiter Defendant denies the allegations contained in Paragraph "40" of the First Amended Complaint.

41. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "41" of the First Amended Complaint.

42. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "42" of the First Amended Complaint.

43. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "43" of the First Amended Complaint.

44. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "44" of the First Amended Complaint.

45. Jupiter Defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations contained in Paragraph "45" of the First Amended Complaint.

46. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "46" of the First Amended Complaint.

47. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "47" of the First Amended Complaint.

48. The allegations contained in Paragraph "48" of the First Amended Complaint is neither directed towards, nor requires a response from, Jupiter Defendant.

49. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "49" of the First Amended Complaint.

50. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "50" of the First Amended Complaint.

51. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "51" of the First Amended Complaint.

52. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "52" of the First Amended Complaint.

53. Jupiter Defendant denies the allegations contained in Paragraph "53" of the First Amended Complaint.

54. Jupiter Defendant denies the allegations contained in Paragraph "54" of the First Amended Complaint.

55. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "55" of the First Amended Complaint.

56. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "56" of the First Amended Complaint.

57. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "57" of the First Amended Complaint.

58. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "58" of the First Amended Complaint.

59. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "59" of the First Amended Complaint.

## AS TO THE FIRST CAUSE OF ACTION

60. Answer Paragraph "60" of the First Amended Complaint by repeating and reiterating each and every response to the allegations set forth above as though fully set forth herein.

61. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "61" of the First Amended Complaint.

62. Jupiter Defendant denies the allegations contained in Paragraph "62" of the First Amended Complaint.

63. Jupiter Defendant denies the allegations contained in Paragraph "63" of the First Amended Complaint.

64. Jupiter Defendant denies the allegations contained in Paragraph "64" of the First Amended Complaint.

65. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "65" of the First Amended Complaint.

66. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "66" of the First Amended Complaint.

67. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "67" of the First Amended Complaint.

68. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "68" of the First Amended Complaint.

69. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "69" of the First Amended Complaint.

70. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "70" of the First Amended Complaint.

71. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "71" of the First Amended Complaint.

72. Jupiter Defendant denies the allegations contained in Paragraph "72" of the First Amended Complaint.

73. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "73" of the First Amended Complaint.

74. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "74" of the First Amended Complaint.

75. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "75" of the First Amended Complaint.

76. Jupiter Defendant denies the allegations contained in Paragraph "76" of the First Amended Complaint.

77. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "77" of the First Amended Complaint.

78. Jupiter Defendant denies the allegations contained in Paragraph "78" of the First

Amended Complaint.

79. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "79" of the First Amended Complaint.

80. Jupiter Defendant denies the allegations contained in Paragraph "80" of the First Amended Complaint.

81. Jupiter Defendant denies the allegations contained in Paragraph "81" of the First Amended Complaint.

## AS TO THE SECOND CAUSE OF ACTION

82. Answer Paragraph "82" of the First Amended Complaint by repeating and reiterating each and every response to the allegations set forth above as though fully set forth herein.

83. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "83" of the First Amended Complaint.

84. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "84" of the First Amended Complaint.

85. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "85" of the First Amended Complaint.

86. Jupiter Defendant denies the allegations contained in Paragraph "86" of the First Amended Complaint.

87. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "87" of the First Amended Complaint.

88. Jupiter Defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations contained in Paragraph "88" of the First Amended Complaint.

89. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "89" of the First Amended Complaint.

90. Jupiter Defendant denies the allegations contained in Paragraph "90" of the First Amended Complaint.

91. Jupiter Defendant denies the allegations contained in Paragraph "91" of the First Amended Complaint.

**AS TO THE THIRD CAUSE OF ACTION**

92. Answer Paragraph "92" of the First Amended Complaint by repeating and reiterating each and every response to the allegations set forth above as though fully set forth herein.

93. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "93" of the First Amended Complaint.

94. Jupiter Defendant denies the allegations contained in Paragraph "94" of the First Amended Complaint.

95. Jupiter Defendant denies the allegations contained in Paragraph "95" of the First Amended Complaint.

96. Jupiter Defendant denies the allegations contained in Paragraph "96" of the First Amended Complaint.

97. Jupiter Defendant denies the allegations contained in Paragraph "97" of the First Amended Complaint.

98. Jupiter Defendant denies the allegations contained in Paragraph "98" of the First

Amended Complaint.

**AS TO THE FOURTH CAUSE OF ACTION**

99. Answer Paragraph “99” of the First Amended Complaint by repeating and reiterating each and every response to the allegations set forth above as though fully set forth herein.

100. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph “100” of the First Amended Complaint.

101. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph “101” of the First Amended Complaint.

102. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph “102” of the First Amended Complaint.

103. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph “103” of the First Amended Complaint.

104. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph “104” of the First Amended Complaint.

**AS TO THE FIFTH CAUSE OF ACTION**

105. Answer Paragraph “105” of the First Amended Complaint by repeating and reiterating each and every response to the allegations set forth above as though fully set forth herein.

106. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph “106” of the First Amended Complaint.

107. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "107" of the First Amended Complaint.

108. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "108" of the First Amended Complaint.

109. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "109" of the First Amended Complaint.

110. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "110" of the First Amended Complaint.

111. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "111" of the First Amended Complaint.

112. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "112" of the First Amended Complaint.

113. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "113" of the First Amended Complaint.

114. Jupiter Defendant denies the allegations contained in Paragraph "114" of the First Amended Complaint.

115. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "115" of the First Amended Complaint.

116. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "116" of the First Amended Complaint.

117. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "117" of the First Amended Complaint.

118. Jupiter Defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations contained in Paragraph "118" of the First Amended Complaint.

119. Jupiter Defendant denies the allegations contained in Paragraph "119" of the First Amended Complaint.

120. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "120" of the First Amended Complaint.

121. Jupiter Defendant denies the allegations contained in Paragraph "121" of the First Amended Complaint.

122. Jupiter Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "122" of the First Amended Complaint.

123. Jupiter Defendant denies the allegations contained in Paragraph "123" of the First Amended Complaint.

124. Jupiter Defendant denies the allegations contained in Paragraph "124" of the First Amended Complaint.

## AS TO THE SIXTH CAUSE OF ACTION

125. Answer Paragraph "125" of the First Amended Complaint by repeating and reiterating each and every response to the allegations set forth above as though fully set forth herein.

126. Jupiter Defendant denies the allegations contained in Paragraph "126" of the First Amended Complaint

127. Jupiter Defendant denies the allegations contained in Paragraph "127" of the First Amended Complaint

128. Jupiter Defendant denies the allegations contained in Paragraph "128" of the First

Amended Complaint

129. Jupiter Defendant denies the allegations contained in Paragraph "129" of the First Amended Complaint

## AS TO PRAYER FOR RELIEF

130. Jupiter Defendant denies that Plaintiff is entitled to any relief requested in its First Amended Complaint.

## GENERAL DENIAL

131. Jupiter Defendant denies each and every allegation in the First Amended Complaint not specifically admitted herein.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails, in whole or in part, to state a claim upon which relief may be granted or for which the damages sought can be awarded.

## SECOND AFFIRMATIVE DEFENSE

On information and belief, Plaintiff's claims are barred in whole or in part to the extent any copyright registration asserted by Plaintiff as covering the Photographs is invalid, unenforceable, or otherwise does not cover the Photographs in suit.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrine of fair use.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred in whole or in part by an express or implied license or consent.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred in whole or in part by the doctrines of estoppel or waiver.

**SEVENTH AFFIRMATIVE DEFENSE**

To the extent the Court finds any infringement or other wrongful conduct by Jupiter Defendant, Jupiter Defendant is entitled to a reduction of damages based on its innocent intent.

**EIGHTH AFFIRMATIVE DEFENSE**

To the extent statutory damages are available, any alleged infringement of Plaintiff's Photographs, was innocent, not willful.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's claim is barred, in whole or in part, because Plaintiff suffered no damages as a

result of any conduct by Jupiter Defendant.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff's losses, if any, are limited to actual damages.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's request for injunctive relief is barred by the lack of any irreparable harm from the purported conduct by Jupiter Defendant and such relief is moot due to the voluntary removal of the disputed photographs.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff's request for injunctive relief is barred because Plaintiff has an adequate remedy at law.

**AS AND FOR JUPITER DEFENDANT'S FIRST CROSSCLAIM**
**(Contribution as against Niagara Tourism and Convention Corporation)**

1. If Plaintiff was caused to sustain any of the damages alleged as set forth in the First Amended Complaint, and if Jupiter Defendant is held liable to Plaintiff by reason of the allegations of the First Amended Complaint, which Jupiter Defendant denies, said damages will have been sustained by the reasons of the wrongdoings of Defendant Niagara Tourism and Convention Corporation, in whole or in part, and therefore, Jupiter Defendant, in whole or in part, is entitled to contribution based in fact and law from Niagara Tourism And Convention

Corporation, in accordance with the relative responsibilities of the parties hereto.

**AS AND FOR JUPITER DEFENDANT'S SECOND CROSSCLAIM**
**(Common Law Indemnification against Niagara Tourism and Convention Corporation)**

2. Jupiter Defendant repeats and reiterates each and every allegation set forth above, as though fully set forth herein.

3. If Plaintiff was caused to sustain any of the damages alleged as set forth in the First Amended Complaint, and if Jupiter Defendant is held liable to Plaintiff by reason of the allegations of the First Amended Complaint, which Jupiter Defendant denies, said damages will have been sustained by the reason of the wrongdoings of Niagara Tourism and Convention Corporation and therefore, Jupiter Defendant is entitled to common law indemnification based on fact and law from Niagara Tourism and Convention Corporation, and Niagara Tourism and Convention Corporation shall be liable to Jupiter Defendant for the amount thereof, together with the costs and disbursements of this action including attorneys' fees.

**RESERVATION OF RIGHTS**

Jupiter Defendant reserves the right to amend this Answer to Plaintiff's First Amended Complaint, and to assert additional defenses and/or supplement, alter, or change their Answer to Plaintiff's First Amended Complaint upon completion of appropriate investigation and discovery.

**WHEREFORE**, Jupiter Defendant respectfully requests that the Court:

a) Dismiss the First Amended Complaint with prejudice in its entirety;

b) Deny each and every request for relief set forth in the First Amended Complaint;

c) Grant Jupiter Defendant its reasonable attorney's fees in defending this action;

d) Grant Jupiter Defendant costs and disbursements incurred in connection with defending this action; and

e) Grant Jupiter Defendant such other and further relief as this Court deems just and proper.

Date: August 14, 2026
Glen Cove, New York

Xue & Associates, P.C.
*Attorneys for Defendant Jupiter Legend Corporation*

By: /s/ Benjamin B. Xue________
Benjamin B. Xue, Esq.
1 School Street Suite 303A
Glen Cove, NY 11542
(516) 595-8887